IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01114-JLK-MJW

MOHAMMED NSIRAT, d/b/a Tommy's Market,

Plaintiff(s),

v.

UNITED STATES OF AMERICA,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the defendant's Unopposed Motion to Vacate Settlement Conference (Docket No.38) is granted, finding good cause shown.  It is thus further

ORDERED that the Settlement Conference set before Magistrate Judge Watanabe on January 23, 2014, at 1:30 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado, is VACATED and RESET on February 25, 2014, at 1:30 p.m.  It is further

ORDERED that counsel and pro se litigants **shall have parties present** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved.  "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee, or agency.  If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority."  **No party shall be permitted to attend the settlement conference by phone unless that party has obtained leave of Court following the filing of an appropriate motion, no later than five (5) business days prior to the settlement conference date.**  It is further

ORDERED that defendant shall submit its Confidential Settlement Statement on or before February 17, 2014.  The court notes that the plaintiff has submitted his Confidential Settlement Statement.  Plaintiff may submit any updates to that Confidential Settlement Statement on or before February17, 2014.

      Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification upon request.  <u>See</u> D.C.COLO.LCivR 83.2.  Failure to comply with this requirement may result in denial of entry to the courthouse.

<u>Date:   January 14, 2014</u>